UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CR100 HEA |
| | ) | |
| JEROME LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

## **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on the Memorandum and Recommendation, [Doc. No. 64], of United States Magistrate Judge Terry I. Adelman, pursuant to 28 U.S.C. § 636(b). Judge Adelman recommends that Defendant's Motion to Suppress Evidence and Statements, [Doc. No. 46], be denied in part and denied as moot in part. Defendant has not filed Objections to the Memorandum and Recommendation within the prescribed time period.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Adelman as set forth in his August 25, 2008 Memorandum and Recommendation. The Memorandum contains a very thorough and cogent discussion and analysis of the facts and applicable law.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Suppress Evidence and

Statements, [Doc. No. 46], is denied in part and denied as moot in part, as provided in Judge Adelman's Memorandum.

Dated this 16th day of September, 2008.

_____
  HENRY EDWARD AUTREY
  UNITED STATES DISTRICT JUDGE